1  Eric H. Gibbs (State Bar No. 178658)
   Philip B. Obbard (State Bar No. 135372).
2  pbo@girardgibbs.com
   David Stein (State Bar No. 257465)
3  **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
4  San Francisco, CA 94108
   Telephone: 415 981-4800
5  Facsimile: 415 981-4846

6  Attorneys for Plaintiff

7  Matthew G. Ball (State Bar No. 208881)
   matthew.ball@klgates.com
8  Mikal J. Condon (State Bar No. 229208)
   **K & L GATES LLP**
9  55 Second Street, Suite 1700
   San Francisco, CA 94105-3493
10 Telephone:   415.882.8200
   Facsimile:   415.882.8220
11
   Attorneys for Defendants
12

13                IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                         OAKLAND DIVISION

16

| DENO MILANO, individually and on behalf of all others similarly situated, | Case No. 4:10-CV-02125-CW |
|---|---|
| Plaintiffs, | **STIPULATION RE EXTENSION OF TIME TO ANSWER (OR FILE RESPONSIVE PLEADING) TO COMPLAINT** |
| vs. | **(Civil L.R. 6-1)** |
| INTERSTATE BATTERY SYSTEM OF AMERICA, INC., a Delaware Corporation, and INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC., a Delaware Corporation, | |
| Defendants. | |

**STIPULATION RE EXTENSION OF TIME**

1  Plaintiff Deno Milano and Defendants Interstate Battery System of America, Inc. and
2  Interstate Battery System International, Inc. (collectively "Defendants," together with the Plaintiff,
3  the "Parties") by and through their undersigned attorneys hereby agree and stipulate as follows:
4  WHEREAS, the Complaint in the above-entitled action was filed with the above-entitled
5  court on May 15, 2010; and served upon defendants on May 19, 2010;
6  WHEREAS, Defendants answer (or other responsive pleading) to the complaint is currently
7  due on June 9, 2010;
8  WHEREAS, the Parties have agreed to extend the period within which the answer (or other
9  responsive pleading) is due by thirty (30) days, through and including July 9, 2010;
10 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys
11 for the parties, subject to the Court's approval that:
12 The Answer (or other responsive pleading) to the Complaint on file in this action shall be due
13 on July 9, 2010.

15 **IT IS SO STIPULATED.**

1
**STIPULATION RE EXTENSION OF TIME**

K & L GATES LLP

Dated: May 28, 2010          By:  /s/ Matthew G. Ball
                                  Matthew G. Ball
                                  matthew.ball@klgates.com
                                  Mikal J. Condon

Attorneys for Defendants INTERSTATE BATTERY SYSTEM OF AMERICA, INC., and INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC.

GIRARD GIBBS LLP

Dated: May 28, 2010          By:  /s/ Philip B. Obbard
                                  Eric H. Gibbs
                                  Philip B. Obbard
                                  pbo@girardgibbs.com
                                  David Stein

Attorneys for Plaintiff DENO MILANO

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA