1    Eric H. Gibbs (State Bar No. 178658)
     ehg@girardgibbs.com
2    Philip B. Obbard (State Bar No. 135372)
     David Stein (State Bar No. 257465)
3    **GIRARD GIBBS LLP**
     601 California Street, 14th Floor
4    San Francisco, California 94104
     Telephone: (415) 981-4800
5    Facsimile: (415) 981-4846
6

7    Attorneys for Individual and Representative
     Plaintiff Deno Milano
8

9    Robert A. Mittelstaedt (State Bar No. 60359)
10    ramittelstaedt@jonesday.com
     Craig E. Stewart (State Bar No. 129530)
11    cestewart@jonesday.com
     **JONES DAY**
12    555 California Street, 26th Floor
     San Francisco, CA 94104
13    Telephone: (415) 626-3939
14    Facsimile: (415) 875-5700

15
16    Attorneys for Interstate Battery System of America, Inc., and
     Interstate Battery System International, Inc.

17

18        **UNITED STATES DISTRICT COURT**
       **NORTHERN DISTRICT OF CALIFORNIA**
19        **OAKLAND DIVISION**

20

| | |
|---|---|
| DENO MILANO, on behalf of himself and all others similarly situated, | Case No. CV 10–2125-CW |
| Plaintiff, | **STIPULATION RE EXTENSION OF TIME TO FILE ANSWER OR RESPONSE TO COMPLAINT** |
| vs. | **(CIVIL L.R. 6-1)** |
| INTERSTATE BATTERY SYSTEM OF AMERICA, INC.; INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC., | |
| Defendants. | |

21
22
23
24
25
26
27
28

---

STIPULATION RE EXTENSION OF TIME TO FILE ANSWER OR RESPONSE TO COMPLAINT
(CIVIL L.R. 6-1)

Pursuant to Civil Local Rule 6-1 and 6-2, Plaintiff Deno Milano and Defendants Interstate Battery System of America, Inc., and Interstate Battery System International, Inc. (collectively "Interstate") by and through the undersigned attorneys hereby agree and stipulate as follows:

Whereas the Complaint in the above entitled action was filed in this Court on May 18, 2010, and served on Interstate on May 19, 2010;

Whereas Interstate's answer or other response was originally due on June 9, 2010;

Whereas Plaintiff and Interstate entered into a stipulation and the Court entered an Order on June 1, 2010, extending Interstate's response date to July 9, 2010;

Whereas Plaintiff has stated his intent to file a First Amended Complaint, adding certain claims and expanding the scope of the proposed class, Fed. R. Civ. P 15(a)(1);

Whereas Plaintiff and Interstate have agreed that Plaintiff will file a First Amended Complaint on or before July 16, 2010, and that Interstate's answer or response will be due 30 days thereafter; and

Whereas this agreement does not affect any of the dates set in the Court's Order filed May 18, 2010, Setting Initial Case Management Conference and ADR Deadlines;

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for the parties, subject to the Court's approval, that:

1.    Interstate is not required to respond to the complaint currently on file;

2.    Plaintiff may file a First Amended Complaint on or before July 16, 2010;

3.    Interstate must file an answer or response to the anticipated First Amended Complaint no later than 30 days after the filing of the First Amended Complaint.

**IT IS SO STIPULATED**

STIPULATION RE EXTENSION OF TIME TO FILE ANSWER OR RESPONSE TO COMPLAINT
(CIVIL L.R. 6-1)

1   DATED: July 9, 2010                 **GIRARD GIBBS LLP**

2
                                        By: _____
3                                           Eric H. Gibbs

4
                                        Philip B. Obbard
5                                       David Stein
                                        601 California Street, Suite 1400
6                                       San Francisco, California 94104
                                        Telephone: (415) 981-4800
7                                       Facsimile: (415) 981-4846

8
                                        Attorneys for Individual and Representative
9                                       Plaintiff Deno Milano

10
11  DATED: July 9, 2010                 **JONES DAY**

12
                                        By: _____
13                                          Craig E. Stewart

14
                                        555 California Street, 26th Floor
15                                      San Francisco, CA 94104
                                        Telephone: (415) 626-3939
16                                      Facsimile: (415) 875-5700

17
                                        Attorneys for Interstate Battery System of America, Inc.,
18                                      and Interstate Battery System International, Inc.

19
20
21
22  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

23
24
    Date  7/12/2010                     _____
25                                          Judge Claudia Wilken
26
27
28

                                        2

STIPULATION RE EXTENSION OF TIME TO FILE ANSWER OR RESPONSE TO COMPLAINT
(CIVIL L.R. 6-1)