Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Philip B. Obbard (State Bar No. 135372)
David Stein (State Bar No. 257465)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Deno Milano

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Interstate Battery System of America, Inc., and
Interstate Battery System International, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DENO MILANO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>INTERSTATE BATTERY SYSTEM OF AMERICA, INC.; INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC.,<br><br>Defendants. | Case No. CV 10–2125-CW<br><br>**STIPULATION REGARDING APPOINTMENT OF INTERIM CLASS COUNSEL UNDER FED. R. CIV. P 23(g), AND ~~PROPOSED~~ ORDER** |

1       Plaintiff Deno Milano ("Plaintiff") and Defendants Interstate Battery System of America, Inc.
2 and Interstate Battery System International, Inc. (collectively "Defendants") by and through the
3 undersigned attorneys hereby agree and stipulate as follows:

4       Whereas Fed. R. Civ. P. 23(g)(3) states that the "court may designate interim counsel to act on
5 behalf of a putative class before determining whether to certify the action as a class action;"

6       Whereas counsel for Plaintiff and counsel for Defendants have established a professional
7 working relationship that they anticipate will be conducive to effective and efficient management of this
8 case;

9       Whereas counsel for Plaintiff and counsel for Defendants seek to avoid any uncertainty or
10 confusion regarding whether Plaintiff's counsel is authorized to speak for the putative class;

11       Whereas counsel for Plaintiff seeks appointment as interim counsel because it will formally
12 empower Girard Gibbs LLP to make the necessary decisions on behalf of the putative class;

13       Whereas Defendants do not oppose designation at this time of Girard Gibbs LLP to serve as
14 interim counsel to act on behalf of the putative class, while expressly reserving their right to oppose
15 class certification or appointment of Girard Gibbs LLP as regular class counsel on any grounds,
16 including adequacy of representation under Fed. R. Civ. P 23(a) and (g).

17       Whereas Plaintiff submits with this stipulation the Declaration of Eric H. Gibbs to provide the
18 court with a foundation for making the determination that Girard Gibbs LLP will adequately serve as
19 interim counsel on behalf of the putative Class (the declaration being submitted only by Plaintiff, with
20 Defendants reserving the right to contest the declaration's assertions at a future date);

21       **IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for
22 the parties, subject to the Court's approval, that:

23       Pursuant to Fed. R. Civ. P 23(g)(2), the Court may appoint the law firm of Girard Gibbs LLP as
24 Interim Lead Class Counsel to act on behalf of the putative class in this case and in any additional
25 actions that might be consolidated with this case.

26       Consistent with the *Manual for Complex Litigation, Fourth* (2004), Federal Judicial Center, ¶¶
27 10.221 and 40.22, Interim Lead Class Counsel will be generally responsible for the overall conduct of
28 the litigation on behalf of the putative class and will have the following specific responsibilities:

1. To determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the court and opposing parties the position of Plaintiff and the putative class on all matters arising during pretrial proceedings;

2. To coordinate the initiation and conduct of discovery on behalf of Plaintiff and the putative class, consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(b)(2), and 26(g), including the preparation of joint interrogatories and requests for the production of documents and the examination of witnesses in depositions;

3. To conduct settlement negotiations on behalf of Plaintiff and the putative class and, where appropriate, to present any proposed settlements to the Court on behalf of the putative class;

4. To delegate specific tasks to other counsel or committees of counsel, as authorized by the Court, in a manner designed to ensure that pretrial preparation for Plaintiff and the putative class is conducted efficiently and effectively;

5. To enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

6. To prepare and distribute status reports to any other law firms that might seek to represent the putative class;

7. To maintain adequate time and disbursement records covering services as Interim Lead Counsel;

8. To monitor the activities of any other law firms that might seek to represent the putative class to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

///
///
///
///
///
///
///

9.  To perform such other duties as may be incidental to the proper prosecution and coordination of pretrial activities on behalf of Plaintiff and the putative class or authorized by further order of this court.

**IT IS SO STIPULATED**

DATED: September 23, 2010        **GIRARD GIBBS LLP**

By: _____
Eric H. Gibbs

Philip B. Obbard
David Stein
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Deno Milano

DATED: September 23, 2010        **JONES DAY**

By: _____
Craig E. Stewart

555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Interstate Battery System of America, Inc.,
and Interstate Battery System International, Inc.

1 **ORDER**

2 The Court has considered the above stipulation and the related Declaration of Eric H. Gibbs.
3 Pursuant to Fed. R. Civ. P 23(g)(2), the Court finds that the law firm of Girard Gibbs LLP will
4 adequately represent the interests of the Class in pre-class certification proceedings and appoints Girard
5 Gibbs LLP as Interim Lead Class Counsel to act on behalf of the putative class in this case and in any
6 additional actions that might be consolidated with this case.  The responsibilities of Girard Gibbs LLP as
7 Interim Lead Class Counsel are as set forth in the above stipulation.

8 This order is without prejudice to the rights of Defendants to oppose class certification or
9 appointment of Girard Gibbs LLP as regular class counsel on any grounds, including adequacy of
10 representation under Fed. R. Civ. P 23(a) and (g).

12
13 Date: 9/29/2010                                     _____
                                                          Judge Claudia Wilken