Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Philip B. Obbard (State Bar No. 135372)
David Stein (State Bar No. 257465)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Deno Milano

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Interstate Battery System of America, Inc., and
Interstate Battery System International, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DENO MILANO, on behalf of himself and all others similarly situated, | Case No. CV 10–2125-CW |
| Plaintiff, | **ORDER REGARDING EXTENSION OF TIME FOR ADDITION OF NEW PARTIES** |
| vs. | |
| INTERSTATE BATTERY SYSTEM OF AMERICA, INC.; INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC., | |
| Defendants. | |

1

2          PURSUANT TO STIPULATION, IT IS ORDERED:

3          The Court's Minute Order and Case Management Order [Docket #28] is amended as follows:

4          1.       The deadline for Plaintiff to file a motion to add additional parties is extended to January

5   14, 2010.

6          2.       Any addition of new claims will be governed by Fed. R. Civ. P. 15.

7

8

9   Date:  11/2/2010                                        _Judge Claudia Wilken_

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
[PROPOSED] ORDER ON EXTENSION OF TIME FOR ADDITION OF NEW PARTIES
CASE NO. 10-CV-2125-CW