Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Philip B. Obbard (State Bar No. 135372)
David Stein (State Bar No. 257465)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff Deno Milano*

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendants Interstate Battery System of America, Inc., and Interstate Battery System International, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DENO MILANO, <br><br> Plaintiff, <br> vs. <br><br> INTERSTATE BATTERY SYSTEM OF AMERICA, INC.; INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC., <br><br> Defendants. | Case No. CV 10–2125-CW <br><br> **STIPULATION TO EXTEND DEADLINES AND ORDER** |

1  Plaintiff Deno Milano and Defendants Interstate Battery System of America, Inc., and Interstate Battery System International, Inc., by and through the undersigned attorneys hereby agree and stipulate as follows:

WHEREAS, the parties recently met for an in-person settlement discussion;

WHEREAS, the parties did not reach an agreement but have continued to discuss the subject, and agree that it would be productive to enlist the services of a professional mediator;

WHEREAS, the parties have scheduled a mediation session with the Hon. William J. Cahill (Ret.) of JAMS, which will be held February 18, 2011; and

WHEREAS, the parties wish to devote their resources and energies to the mediation and to resolving this litigation if possible, they therefore request a stay until March 10, 2011, and a thirty-day extension of all deadlines currently pending in this matter.

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for the parties, subject to the Court's approval, that all pending deadlines in this litigation shall be extended by 30 days.

**IT IS SO STIPULATED**

DATED: February 10, 2011             **GIRARD GIBBS LLP**


By:     /s/ Eric H. Gibbs           

Philip B. Obbard
David Stein
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | DATED: February ___, 2011 | **JONES DAY** |

By: _____
       Craig E. Stewart

Robert A. Mittelstaedt
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS ORDERED:**

The Court has read and considered the parties' stipulation and orders that:

1.    The case is stayed until March 10, 2011, and all pending deadlines in this litigation shall be extended by 30 days.

2.    The Further Case Management Conference and the Motion Hearing for class certification and any dispositive motion(s), currently set for May 12, 2011, at 2:00 pm., will be held instead on June 16, 2011, at 2:00 p.m.

Date: **2/15/2011**                                        _____
                                                           Judge Claudia Wilken
                                                           United States District Judge