1  Eric H. Gibbs (State Bar No. 178658)
   ehg@girardgibbs.com
2  Philip B. Obbard (State Bar No. 135372)
3  David Stein (State Bar No. 257465)
   **GIRARD GIBBS LLP**
4  601 California Street, 14th Floor
   San Francisco, California 94104
5  Telephone: (415) 981-4800
6  Facsimile: (415) 981-4846

7  *Attorneys for Plaintiff Deno Milano*

8  Robert A. Mittelstaedt (State Bar No. 60359)
9  ramittelstaedt@jonesday.com
   Craig E. Stewart (State Bar No. 129530)
10 cestewart@jonesday.com
   **JONES DAY**
11 555 California Street, 26th Floor
12 San Francisco, CA 94104
   Telephone: (415) 626-3939
13 Facsimile: (415) 875-5700

14
   *Attorneys for Defendants Interstate Battery System of*
15 *America, Inc., and Interstate Battery System International, Inc.*

16

17                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
18                             OAKLAND DIVISION

19

20 DENO MILANO,
                                                Case No. C 10–02125 CW
21             Plaintiff,
         vs.                                    **STIPULATION TO EXTEND DEADLINES**
22                                              **AND [PROPOSED] ORDER**
23 INTERSTATE BATTERY SYSTEM OF
   AMERICA, INC.; INTERSTATE BATTERY
24 SYSTEM INTERNATIONAL, INC.,

25             Defendants.

26

27

28

---

STIPULATION AND ORDER TO EXTEND DEADLINES
CASE NO. C 10–02125 CW

1  Plaintiff Deno Milano and Defendants Interstate Battery System of America, Inc., and Interstate
2  Battery System International, Inc., by and through the undersigned attorneys hereby agree and stipulate
3  as follows:
4  WHEREAS, the Court by Order dated February 15, 2011, previously approved a thirty-day
5  extension of all deadlines currently pending in this matter so that the parties could focus their efforts on
6  mediation;
7  WHEREAS, the parties had a mediation session with the Hon. William J. Cahill (Ret.) of JAMS,
8  on February 18, 2011;
9  WHEREAS, the parties agree that they made progress toward a potential class settlement, and
10 thus have scheduled a second mediation session with Judge Cahill for March 17, 2011; and
11 WHEREAS, because the parties wish to continue to devote their resources and energies to the
12 mediation and to resolving this litigation if possible, they therefore request to extend the stay from
13 March 10, 2011, through April 10, 2011, and for a thirty-day extension of all deadlines currently
14 pending in this matter.
15 **IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for
16 the parties, subject to the Court's approval, that the stay in effect is extended from March 10, 2011,
17 through April 10, 2011, and all pending deadlines in this litigation are extended by another 30 days.
18 **IT IS SO STIPULATED**

20 DATED: March 8, 2011          **GIRARD GIBBS LLP**

                                By:   /s/ Eric H. Gibbs

                                Philip B. Obbard
                                David Stein
                                601 California Street, Suite 1400
                                San Francisco, California 94104
                                Telephone: (415) 981-4800
                                Facsimile: (415) 981-4846

                                *Attorneys for Plaintiff*

DATED: March 1, 2011

JONES DAY

By: /s/ Craig E. Stewart
Craig E. Stewart

Robert A. Mittelstaedt
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS ORDERED:**

The Court has read and considered the parties' stipulation and orders that:

1. The case is stayed through April 10, 2011, and all pending deadlines in this litigation are extended by another 30 days.

2. The Further Case Management Conference and the Motion Hearing for class certification and any dispositive motion(s), currently set for June 16, 2011, at 2:00 pm., will be held instead on July 14, 2011, at 2:00 p.m.

Date: **3/9/2011**

/s/ Claudia Wilken
Judge Claudia Wilken
United States District Judge