1 | Eric H. Gibbs (State Bar No. 178658)
2 | ehg@girardgibbs.com
  | Philip B. Obbard (State Bar No. 135372)
3 | David Stein (State Bar No. 257465)
  | **GIRARD GIBBS LLP**
4 | 601 California Street, 14th Floor
  | San Francisco, California 94104
5 | Telephone: (415) 981-4800
6 | Facsimile: (415) 981-4846

7 | *Attorneys for Plaintiff Deno Milano*

8 |
9 | Robert A. Mittelstaedt (State Bar No. 60359)
  | ramittelstaedt@jonesday.com
  | Craig E. Stewart (State Bar No. 129530)
10 | **JONES DAY**
   | 555 California Street, 26th Floor
11 | San Francisco, CA 94104
12 | Telephone: (415) 626-3939
   | Facsimile: (415) 875-5700
13 |
14 | *Attorneys for Defendants Interstate Battery System of*
   | *America, Inc., and Interstate Battery System International, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

DENO MILANO,

       Plaintiff,

  vs.

INTERSTATE BATTERY SYSTEM OF AMERICA, INC.; INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC.,

       Defendants.

Case No. C 10–02125 CW

**STIPULATION TO VACATE LITIGATION DEADLINES AND ORDER.**

1 | Plaintiff Deno Milano and Defendants Interstate Battery System of America, Inc., and Interstate
2 | Battery System International, Inc., by and through the undersigned attorneys hereby agree and stipulate
3 | as follows:
4 | WHEREAS, this Court has twice granted 30-day stays to allow the parties the opportunity to
5 | conduct in-person settlement discussions, (Doc. Nos. 34, 36 (Feb. 15 and Mar. 9, 2011);
6 | WHEREAS, during their most recent mediation session with the Hon. William J. Cahill (Ret.) of
7 | JAMS, on March 31, 2011, the parties reached an agreement in principle to fully resolve this litigation;
8 | WHEREAS, a Case Management Conference and hearing for class certification are currently
9 | scheduled for July 14, 2011, at 2:00 p.m.; and
10 | WHEREAS, the parties are working to memorialize the terms of their agreement in a written
11 | settlement agreement to present to the Court with their motion for preliminary approval.
12 | **IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for
13 | the parties, subject to the Court's approval, that:
14 | 1. All litigation deadlines in this case are vacated;
15 | 2. The July 14, 2011, date for a Case Management Conference and hearing shall be kept on
16 |    calendar; and
17 | 3. The parties will continue to work diligently to finalize their agreement and to file their
18 |    motion for preliminary approval of settlement by June 9, 2011.
19 | **IT IS SO STIPULATED.**

DATED: April 15, 2011            **GIRARD GIBBS LLP**

By:   /s/ Eric H. Gibbs

Philip B. Obbard
David Stein
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

*Attorneys for Plaintiff*

DATED: April 15, 2011  **JONES DAY**

By: _____
       Craig E. Stewart

Robert A. Mittelstaedt
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS ORDERED:**

The Court has read and considered the parties' stipulation and orders that:

1.    All pending litigation deadlines are vacated.

2.    The parties shall use their best efforts to finalize the settlement agreement and to file a motion for preliminary approval by June 9, 2011.

3.    The Case Management Conference and hearing scheduled for July 14, 2011, shall remain on calendar for a hearing on the parties' motion for preliminary approval of settlement.

Date: __**4/18/2011**_____   _____
                                              Judge Claudia Wilken
                                              United States District Judge