Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Philip B. Obbard (State Bar No. 135372)
David Stein (State Bar No. 257465)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff Deno Milano*

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendants Interstate Battery System of*
*America, Inc., and Interstate Battery System International, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DENO MILANO,<br><br>                    Plaintiff,<br><br>          vs.<br><br>INTERSTATE BATTERY SYSTEM OF<br>AMERICA, INC.; INTERSTATE BATTERY<br>SYSTEM INTERNATIONAL, INC.,<br><br>                    Defendants. | Case No. C 10–02125 CW<br><br>**STIPULATION TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE AND**<br>**HEARING DATE, AND ORDER**<br><br>(LOCAL RULE 7-12) |

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
HEARING DATE
CASE NO. C 10–02125 CW

1    Plaintiff Deno Milano and Defendants Interstate Battery System of America, Inc., and Interstate

2    Battery System International, Inc., by and through the undersigned attorneys hereby agree and stipulate

3    as follows:

4    WHEREAS, this Court granted two continuances of the Case Management Conference to allow

5    the parties the opportunity to conduct in-person settlement discussions (Dkt. Nos. 34, 36 (Feb. 15 and

6    Mar. 9, 2011).

7    WHEREAS, during their most recent mediation session with the Hon. William J. Cahill (Ret.) of

8    JAMS, on March 31, 2011, the parties reached an agreement in principle to fully resolve this litigation.

9    WHEREAS, the Court directed the parties to use their best efforts to finalize the settlement

10   agreement and to file a motion for preliminary approval by June 9, 2011, and stated the motion for

11   preliminary approval of settlement could be heard on July 14, 2011 (Dkt. No. 38, April 18).

12   WHEREAS, despite diligent efforts, it is taking the parties more time than expected to complete

13   the Settlement Agreement and accompanying documents.  In part, this is due to the different

14   components of the Settlement Agreement and the different benefits being made available to Settlement

15   Class Members.  In addition, the parties have been preparing the underlying documents that will be

16   Exhibits to the Settlement Agreement, including CAFA Notice, Settlement Notice, Flyers for Interstate

17   Batteries Authorized Warranty Dealers, Tier One Submission Forms, Tier Two Submission Forms, and

18   the Affidavit of the Mediator.  Defense Counsel has been working with Defendant Interstate Batteries to

19   evaluate and rewrite its current warranty, parts of which are the basis for the allegations made in this

20   lawsuit.

21   **IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for

22   the parties, subject to the Court's approval, that:

23        1.   The parties will continue to work diligently to finalize their agreement and to file their

24             motion for preliminary approval of settlement by July 7, 2011;

25        2.   The motion for preliminary approval of settlement can be heard on 21 days notice, Local

26             Rule 7-2; and

27

28

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
HEARING DATE
CASE NO. C 10-02125 CW

3.   The Case Management Conference and hearing scheduled for July 14, 2011, will be continued to July 28, 2011 at 2:00 pm.

**IT IS SO STIPULATED.**

DATED: June ___, 2011                    **GIRARD GIBBS LLP**

By:   /s/ Eric H. Gibbs

Philip B. Obbard
David Stein
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

*Attorneys for Plaintiff*

DATED: June ___, 2011                    **JONES DAY**

By: _____
       Craig E. Stewart

Robert A. Mittelstaedt
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS ORDERED:**

The Court has read and considered the parties' stipulation and orders that:

1.     The parties shall use their best efforts to finalize the settlement agreement and to file a motion for preliminary approval by July 7, 2011.

2.     The motion for preliminary approval of settlement can be heard on 21 days notice, Local Rule 7-2; and

1       3.     The Case Management Conference and hearing scheduled for July 14, 2011, will be

2 continued to July 28, 2011 at 2:00 pm.

3

4

5 Date:   **6/7/2011**                                          

6                                         Judge Claudia Wilken
                                        United States District Judge

3

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
HEARING DATE
CASE NO. C 10-02125 CW