Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Philip B. Obbard (State Bar No. 135372)
David Stein (State Bar No. 257465)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Interim Lead Class Counsel*

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendants Interstate Battery System of America, Inc., and Interstate Battery System International, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DENO MILANO, | Case No. C 10–02125 CW |
| Plaintiff, | |
| vs. | **STIPULATION TO TAKE MOTION OFF CALENDAR, AND [~~PROPOSED~~] ORDER** |
| INTERSTATE BATTERY SYSTEM OF AMERICA, INC.; INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC., | (LOCAL RULE 7-12) |
| Defendants. | |

Plaintiff Deno Milano and Defendants Interstate Battery System of America, Inc., and Interstate Battery System International, Inc., by and through the undersigned attorneys hereby agree and stipulate as follows:

WHEREAS, the parties have been working for several months to finally resolve this case on a classwide basis, including an initial settlement discussion in February 2011, and a series of mediation sessions with the Hon. William J. Cahill (Ret.) of JAMS;

WHEREAS, this settlement contemplates comprehensive injunctive relief, which includes several different component parts, and the process for negotiating and memorializing the various parts of the settlement agreement has therefore required lengthy negotiations, many drafts and revisions to the settlement agreement, and several consultations between defense counsel and the Defendants;

WHEREAS, recently, through the course of drafting the settlement agreement, the parties identified some additional issues that have required thought and additional negotiation;

WHEREAS, having discussed and resolved most of these issues, the parties have begun drafting additional provisions in the settlement agreement to address these new issues;

WHEREAS, the Further Case Management Conference, originally scheduled for July 14, 2011, has been rescheduled for August 25, 2011;

WHEREAS, also on calendar for August 25, 2011, is a hearing on the parties' motion for preliminary approval of classwide settlement, with the deadline for filing that motion falling on August 4, 2011;

WHEREAS, the parties anticipate that they will have a final settlement agreement, with accompanying exhibits, completed and executed by the end of August, and are hopeful it will be completed by the August 25, 2011, hearing;

WHEREAS, the parties wish to appear as scheduled on August 25, 2011, to provide the Court with a report on the status and nature of the proposed settlement, at which time a schedule can be set for all remaining needed deadlines including for the preliminary approval motion; and

WHEREAS, alternatively, if the Court desires, the parties will appear for a status conference on an earlier date, such as August 9, 2011, or another day that is available to the Court, to provide information about their ongoing efforts.

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for the parties, subject to the Court's approval, that:

1. The parties shall appear as scheduled on August 25, 2011, at a Further Case Management Conference;

2. The parties shall file a joint status report no later than August 19, 2011; and

3. The parties' motion for preliminary approval shall be taken off calendar, to be re-set at or following the Further Case Management Conference.

**IT IS SO STIPULATED.**

DATED: August 1, 2011

**GIRARD GIBBS LLP**

By:  /s/ Eric H. Gibbs

Philip B. Obbard
David Stein
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

*Interim Lead Class Counsel*

DATED: August 1, 2011

**JONES DAY**

By:  /s/ Craig E. Stewart

Robert A. Mittelstaedt
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Date: 8/12/2011

Judge Claudia Wilken
United States District Judge