Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
David Stein (State Bar No. 257465)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Interim Lead Class Counsel*

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendants Interstate Battery System of America, Inc., and Interstate Battery System International, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DENO MILANO,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>INTERSTATE BATTERY SYSTEM OF AMERICA, INC.; INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC.,<br><br>　　　　　Defendants. | Case No. C 10–02125 CW<br><br>**STIPULATION TO EXTEND DEADLINE AND ORDER** |

Plaintiff Deno Milano and Defendants Interstate Battery System of America, Inc., and Interstate Battery System International, Inc., by and through the undersigned attorneys hereby agree and stipulate as follows:

WHEREAS, as the parties reported in previous stipulations, as well as in their joint case management statement and at the further case management conference on August 25, 2011, the parties have been working for several months to resolve this case on a classwide basis;

WHEREAS, the parties reported to the Court during the status conference that they hoped to execute a final settlement agreement in time to file their preliminary settlement approval papers by September 22, 2011;

WHEREAS, the Court set a deadline for that filing on September 22, 2011, and instructed the parties to let the Court know if more time would be needed;

WHEREAS, although the parties have continued to work diligently to finalize their settlement, they have to date not been able to complete all of the documents necessary for the proposed settlement; and

WHEREAS, the parties nonetheless remain optimistic that they will be able to do so within the next 30 days.

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for the parties, subject to the Court's approval, that:

1. The deadline for filing a motion for preliminary settlement approval, currently set for September 22, 2011, will be extended to October 27, 2011.
2. The hearing on the motion for preliminary settlement approval, currently set for October 13, 2011, at 2:00 p.m., will be rescheduled to November 17, 2011, at 2:00 p.m.
3. The hearing on the motion for final settlement approval, currently set for January 12, 2012, at 2:00 p.m., will be rescheduled to February 16, 2012, at 2:00 p.m.

**IT IS SO STIPULATED.**

1 | DATED: September 22, 2011         **GIRARD GIBBS LLP**

2 | By:  /s/  *Eric H. Gibbs*

3 | David Stein
601 California Street, Suite 1400
4 | San Francisco, California 94104
Telephone: (415) 981-4800
5 | Facsimile:  (415) 981-4846

6 | *Interim Lead Class Counsel*

9 | DATED: September 22, 2011         **JONES DAY**

10 | By:  /s/  *Craig E. Stewart*

11 | Craig E. Stewart
555 California Street, 26th Floor
12 | San Francisco, CA 94104
Telephone: (415) 626-3939
13 | Facsimile:  (415) 875-5700

14 | *Attorneys for Defendants*

17 | **PURSUANT TO STIPULATION, IT IS ORDERED.**

20 | Date: **9/22/2011**

Judge Claudia Wilken
United States District Judge

1

STIPULATION AND ORDER TO EXTEND DEADLINE
CASE NO. C 10-02125 CW