Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
David Stein (State Bar No. 257465)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Interim Lead Class Counsel*

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendants Interstate Battery System of America, Inc., and Interstate Battery System International, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| DENO MILANO,<br><br>        Plaintiff,<br>   vs.<br><br>INTERSTATE BATTERY SYSTEM OF AMERICA, INC.; INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC.,<br><br>        Defendants. | Case No. C 10–02125 CW<br><br>**STIPULATION TO EXTEND DEADLINE AND [~~PROPOSED~~] ORDER** |

STIPULATION AND ORDER TO EXTEND DEADLINE
CASE NO. C 10–02125 CW

1  Plaintiff Deno Milano and Defendants Interstate Battery System of America, Inc., and Interstate Battery System International, Inc., by and through the undersigned attorneys hereby agree and stipulate as follows:

WHEREAS, as reported in previous filings, the parties reached an agreement in principle to resolve this case on a classwide basis during mediation sessions before the Honorable William J. Cahill (Ret.) earlier this year;

WHEREAS, the parties are pleased to report that they agreed to a comprehensive settlement agreement on Wednesday, October 26, 2011, which is being circulated for signatures by the parties' representatives and counsel presently;

WHEREAS, the parties have also reached agreement on the supporting settlement documents (such as the claim forms, CAFA notice, long- and short-form class notices, and the other class notice mechanisms) and are in the process of updating these documents (along with the preliminary approval papers) to ensure consistency with the final settlement agreement;

WHEREAS, the Court previously set Thursday, October 27, 2011, as the deadline for the motion for preliminary approval, with the hearing to follow three weeks later on November 17, 2011; and

WHEREAS, the parties request an additional two court days to file the motion for preliminary approval and supporting documents, including the settlement agreement, and remain prepared to appear for the preliminary approval hearing on November 17, 2011, as scheduled, or at a later date if preferable to the Court.

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for the parties, subject to the Court's approval, that:

1. The deadline for filing a motion for preliminary settlement approval, currently set for October 27, 2011, will be extended to October 31, 2011.

2. The hearing on the motion for preliminary settlement approval, currently set for November 17, 2011, at 2:00 p.m., will remain calendared for that day and time.

//
//
//

3. The hearing on the motion for final settlement approval, currently set for February 16, 2012, at 2:00 p.m., will remain calendared for that day and time.

**IT IS SO STIPULATED.**

DATED: October 26, 2011     **GIRARD GIBBS LLP**

By:  /s/  *Eric H. Gibbs*

David Stein
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

*Interim Lead Class Counsel*

DATED: October 26, 2011     **JONES DAY**

By:  /s/  *Jerome R. Doak*

Jerome R. Doak
2727 North Harwood St.
Dallas, TX 75201-1515
Telephone: (214) 969-2977
Facsimile: (214) 969-5100

Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Date:  **11/2/2011**

Judge Claudia Wilken
United States District Judge