Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
David Stein (State Bar No. 257465)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Class Counsel*

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
Jerome R. Doak (admitted *pro hac vice*)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendants Interstate Battery System of America, Inc., and Interstate Battery System International, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DENO MILANO, <br><br> Plaintiff, <br><br> vs. <br><br> INTERSTATE BATTERY SYSTEM OF AMERICA, INC.; INTERSTATE BATTERY SYSTEM INTERNATIONAL, INC., <br><br> Defendants. | Case No. C 10–02125 CW <br><br> **STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER** |

1 | Plaintiff Deno Milano and Defendants Interstate Battery System of America, Inc., and Interstate
2 | Battery System International, Inc., by and through the undersigned attorneys, hereby agree and stipulate
3 | as follows:
4 | WHEREAS, the Court granted preliminary approval of the parties' Settlement Agreement on
5 | December 1, 2011 (Doc. #62);
6 | WHEREAS, the Settlement Agreement contemplates injunctive relief, requiring significant
7 | changes to the Defendants' business practices;
8 | WHEREAS, Defendants notified Class Counsel on Thursday, December 16, 2011, of new events
9 | that have called into question Defendants' ability to satisfy a portion of the Settlement Agreement;
10 | WHEREAS, the parties are evaluating this new development, and are working together to
11 | determine as soon as practicable whether and how the Settlement Agreement might be modified and
12 | how the settlement approval process should proceed;
13 | WHEREAS, the parties respectfully request that all deadlines imposed in the Settlement
14 | Agreement and the Court's preliminary approval order be extended by 60 days; and
15 | WHEREAS, should the Court desire, the parties will appear in person or by telephone for a
16 | status conference to discuss their efforts.
17 | **IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for
18 | the parties, subject to the Court's approval, that:
19 | 1. All deadlines set in the Settlement Agreement and the Court's preliminary approval order
20 | are extended by 60 days.
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

2.  The parties shall provide the Court with a further status report no later than January 27, 2012.

**IT IS SO STIPULATED.**

DATED: December 21, 2011          **GIRARD GIBBS LLP**

By:  /s/  Eric H. Gibbs

David Stein
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

*Class Counsel*

DATED: December 21, 2011          **JONES DAY**

By:  /s/  Jerome R. Doak

Jerome R. Doak
2727 North Harwood St.
Dallas, TX 75201-1515
Telephone: (214) 969-2977
Facsimile: (214) 969-5100

Robert A. Mittelstaedt
Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Date:  12/22/2011

Judge Claudia Wilken
United States District Judge