1  Eric H. Gibbs (State Bar No. 178658)
   ehg@girardgibbs.com
2  David Stein (State Bar No. 257465)
3  **GIRARD GIBBS LLP**
   601 California Street, 14th Floor
4  San Francisco, California 94104
   Telephone: (415) 981-4800
5  Facsimile: (415) 981-4846

6
   *Class Counsel*
7

8  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
9  Craig E. Stewart (State Bar No. 129530)
   Jerome R. Doak (admitted *pro hac vice*)
10 **JONES DAY**
   555 California Street, 26th Floor
11 San Francisco, CA 94104
12 Telephone: (415) 626-3939
   Facsimile: (415) 875-5700
13

14 *Attorneys for Defendants Interstate Battery System of
   America, Inc., and Interstate Battery System International, Inc.*
15

16                      **UNITED STATES DISTRICT COURT**
17                      **NORTHERN DISTRICT OF CALIFORNIA**
                                **OAKLAND DIVISION**
18

19
   DENO MILANO,                                  Case No. C 10–02125 CW
20
21         Plaintiff,                            **JOINT STATUS REPORT, STIPULATION,
       vs.                                       AND [PROPOSED] ORDER SETTING
22                                               DATES**

23 INTERSTATE BATTERY SYSTEM OF
   AMERICA, INC.; INTERSTATE BATTERY
24 SYSTEM INTERNATIONAL, INC.,

25         Defendants.

26
27
28

**JOINT STATUS REPORT**

By stipulation dated December 21, 2011, (Doc. #63), the parties informed the Court that new developments led the parties to reconsider the class action settlement agreement that the Court preliminarily approved on December 1, 2011. (Doc. #62.) The Court entered an Order extending all existing deadlines by 60 days and ordering this Joint Status Report. (Doc. #63.)

Since that time, the parties have worked together to agree on an new approach to this class action settlement. The parties are in the final stage of reducing the terms of this new approach to writing in the Amended Settlement Agreement; the parties recognize that the new settlement approach will need to be preliminarily approved by the Court.

While the new approach is substantially similar to the original settlement agreement previously approved by this Court, it does have some new aspects, including a broader class definition that provides the settlement benefits to more Interstate Batteries' customers over a longer period of time.

The parties propose that the Court set a deadline of February 8, 2012, for the filing of the Amended Settlement Agreement and renewed motion for preliminary approval. The parties further propose that a hearing on that motion be scheduled for February 23, 2012, or such later date and time as is convenient for the Court.

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for Plaintiff Deno Milano and Defendants Interstate Battery System of America, Inc., and Interstate Battery System International, Inc., subject to the Court's approval, that:

1. All deadlines currently in place shall be terminated.
2. The fairness hearing currently scheduled for March 8, 2012, shall be taken off calendar.
3. Plaintiff shall file the Amended Settlement Agreement and the preliminary approval papers no later than February 8, 2012.
4. A hearing on the renewed motion for preliminary approval shall be set for February 23, 2012, at 2:00 p.m.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: January 27, 2012 | **GIRARD GIBBS LLP** |
| 2 | | By:   /s/*Eric H. Gibbs* |
| 3 | | Eric H. Gibbs |
| 4 | | David Stein<br>601 California Street, Suite 1400 |
| 5 | | San Francisco, California 94104<br>Telephone: (415) 981-4800 / |
| 6 | | Facsimile:  (415) 981-4846 |
| 7 | | *Class Counsel* |
| 9 | DATED: January 27, 2012 | **JONES DAY** |
| 10 | | By:   /s/*Jerome Doak* |
| 11 | | Jerome R. Doak |
| 12 | | 2727 North Harwood St.<br>Dallas, TX 75201-1515 |
| 13 | | Telephone: (214) 969-2977<br>Facsimile: (214) 969-5100 |
| 14 | | |
| 15 | | Robert A. Mittelstaedt<br>Craig E. Stewart |
| 16 | | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 17 | | Telephone: (415) 626-3939<br>Facsimile:  (415) 875-5700 |
| 18 | | *Attorneys for Defendants* |

**PURSUANT TO STIPULATION, IT IS ORDERED.**   The hearing on the renewed motion for preliminary approval shall be set for **March 8, 2012,** at 2:00 p.m.

Date:   1/30/2012

Judge Claudia Wilken
United States District Judge