```
                                            PAGES 1 - 8

               UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE CLAUDIA WILKEN, JUDGE

DENO MILANO,                  )
                              )
                              )
           PLAINTIFF,         )    NO. C-10-2125 CW
                              )
  VS.                         )    THURSDAY, JUNE 28, 2012
                              )
INTERSTATE BATTERY SYSTEM     )    OAKLAND, CALIFORNIA
OF AMERICA, INC., ET AL.,     )
                              )
           DEFENDANTS.        )
_____)
```

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

**FOR PLAINTIFF:**       GIRARD GIBBS
                         601 CALIFORNIA STREET, 14TH FLOOR
                         SAN FRANCISCO, CALIFORNIA 94108
                    BY:  ERIC H. GIBBS, ESQUIRE
                         AMY M. ZEMAN, ESQUIRE


**FOR DEFENDANTS:**      JONES DAY
                         2727 NORTH HARWOOD STREET
                         DALLAS, TEXAS 75201
                    BY:  JEROME R. DOAK, ESQUIRE


                         JONES DAY
                         555 CALIFORNIA STREET, 26TH FLOOR
                         SAN FRANCISCO, CALIFORNIA 94104
                    BY:  CRAIG E. STEWART, ESQUIRE


**REPORTED BY:**         DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
                         OFFICIAL COURT REPORTER

```
 1  THURSDAY, JUNE 28, 2012                                  2:12 P.M.
 2                         P R O C E E D I N G S
 3           THE CLERK:  CALLING C-10-2125 MILANO VERSUS
 4  INTERSTATE BATTERY SYSTEMS OF AMERICA, INC. ET AL.
 5           PLEASE STEP FORWARD AND STATE YOUR APPEARANCES FOR
 6  THE RECORD, PLEASE.
 7           MR. GIBBS:  GOOD AFTERNOON, YOUR HONOR.  ERIC GIBBS
 8  FOR PLAINTIFF DENO MILANO.
 9           MR. DOAK:  GOOD AFTERNOON.  JERRY DOAK AND CRAIG
10  STEWART FOR DEFENDANT INTERSTATE BATTERIES.
11           MS. ZEMAN:  GOOD AFTERNOON, YOUR HONOR.  AMY ZEMAN
12  FOR PLAINTIFF MILANO.
13           THE COURT:  IS THERE ANYONE ELSE APPEARING ON THIS
14  CASE?  ANY OBJECTORS, OPT-OUTS?
15           NO?
16           OKAY.  SO THIS IS ON FOR FINAL APPROVAL OF A CLASS
17  ACTION SETTLEMENT.
18           AND I JUST HAVE A COUPLE OF ISSUES WITH RESPECT TO
19  THE OBJECTOR THAT BEGINS WITH A B.
20           MR. GIBBS:  BARGINEAR.
21           THE COURT:  BARGINEAR.  I AM PLANNING ON STRIKING
22  HIS OBJECTION AS WELL AS DENYING IT ON THE MERITS, BUT ONE OF
23  THE GROUNDS FOR IT IS THAT YOU SAY THAT HE WAS TOLD TO FILE
24  CERTAIN DOCUMENTS BY A CERTAIN DATE AND DIDN'T DO SO, OR FILE
25  ANY PRIVILEGE LOGS, OR ANYTHING ELSE.
```

1           NO?

2           **MR. GIBBS:** PURSUANT TO THE STIPULATION AND ORDER,
3  HE WAS REQUIRED TO APPEAR FOR A DEPOSITION AND RESPOND TO
4  DOCUMENT REQUESTS.  HE APPEARED FOR THE DEPOSITION, BUT DID NOT
5  RESPOND TO THE DOCUMENT REQUESTS AT ALL.
6           **THE COURT:** RIGHT.  THAT IS WHAT I WAS REFERRING TO.
7           THAT'S FINE.  BUT I THINK THE RECORD SHOULD HAVE
8  SOME ACTUAL EVIDENCE OF THAT RATHER THAN JUST YOUR ARGUMENT.
9           **MR. GIBBS:** OKAY.
10          **THE COURT:** SO IF YOU CAN --
11          **MR. GIBBS:** I CAN PUT IN A DECLARATION.
12          **THE COURT:** -- PUT IN A DECLARATION TO THAT EFFECT,
13 YES.
14          AND THEN I THINK THAT SHOULD BE ADDED TO THE
15 PROPOSED ORDER THAT HIS OBJECTION IS BOTH STRICKEN AND THAT
16 HE -- BECAUSE HE DIDN'T RESPOND TO DOCUMENTS, AND THAT IT WAS
17 DENIED ON THE MERITS FOR THE REASONS THAT YOU SET OUT.
18          ALSO, THE FACT THAT AT HIS DEPOSITION, HE
19 ESSENTIALLY REPUDIATED HIS OBJECTION.  THAT COULD BE IN THE
20 ORDER, TOO.
21          **MR. GIBBS:** WE CAN EXPAND THE ORDER.  I JUST WANTED
22 TO HEAR THE COURT'S REACTION BEFORE WE DID THAT.
23          **THE COURT:** OKAY.
24          **MR. GIBBS:** IS THAT -- WE SUBMITTED THE ORDER ON
25 FINAL APPROVAL AND FINAL JUDGMENT.  THAT'S THE ORDER YOU WOULD

1  LIKE US TO EXPAND?
2          **THE COURT:**  ACTUALLY, BOTH.  I WAS GOING TO SAY YOU
3  SHOULD PUT IT IN THE ATTORNEY'S FEE ORDER AS WELL BECAUSE HE
4  DOES OBJECT TO ATTORNEY'S FEES.
5          **MR. GIBBS:**  OKAY.
6          **THE COURT:**  JUST SO EVERYTHING'S ALL IN ONE PLACE.
7          ON THE ATTORNEY'S FEES, THOUGH, I WOULD LIKE YOU TO
8  SPECIFY THE AMOUNT OF EXPENSES AND BREAK THAT OUT.
9          AND THEN THERE'S SOME CALCULATION ISSUES.  THEY ARE
10 MINOR AND I CAN SEE WHAT HAPPENED, BUT I THINK IT WOULD BE
11 BETTER TO HAVE EVERYTHING ADD UP PROPERLY.
12         SO, IT'S THE -- YOUR DECLARATION.  THERE'S A TABLE
13 ON PAGE 4 WHICH HAS ONE LODESTAR AMOUNT 998,215.75, AND THEN
14 ELSEWHERE IN THE MOTION THERE'S A DIFFERENT NUMBER, 989,880.75.
15 AND THAT ONE IS THE SAME AS THE TABLE IN PARAGRAPH 6 OF THE
16 DECLARATION.  SO THERE'S -- I AM SURE THEY ARE JUST TYPOS,
17 BUT -- AND IT SEEMS TO BE RELATED TO THE NUMBERS FOR STEIN AND
18 ZEMAN AND THE LITIGATION ASSISTANTS, WHICH DON'T MATCH THE
19 NUMBERS IN THE TABLE.  AND THAT SEEMS TO BE WHY THE TOTALS ARE
20 COMING OUT DIFFERENTLY.
21         **MR. GIBBS:**  I REMOVED -- I WAS REVIEWING THIS TODAY.
22 I REMOVED ABOUT $11,000 OF TIME BEFORE I SUBMITTED THIS, SO
23 THAT MAY HAVE BEEN PICKED UP IN ONE PLACE AND NOT ANOTHER.
24         **THE COURT:**  MAYBE.
25         **MR. GIBBS:**  I CAN FIX THAT.

1      AND WOULD THE COURT LIKE ME TO MAKE OUR TIME
2  CURRENT?  BECAUSE THIS IS A COUPLE OF MONTHS' OLD.  WE HAVE
3  ADDITIONAL TIME SINCE.
4      **THE COURT:**  YES.  AND, IN ADDITION, HAVE A
5  DECLARATION MAKING YOUR TIME CURRENT.
6      **MR. GIBBS:**  YES.
7      **THE COURT:**  AND THEN JUST ADD EVERYTHING UP AGAIN
8  AND MAKE SURE ALL OF THE NUMBERS MATCH EVERYWHERE.
9      **MR. GIBBS:**  I APOLOGIZE FOR THAT.
10     **THE COURT:**  AND THEN THERE'S ANOTHER ONE, TOO.  IT'S
11  A TABLE ON PARAGRAPH 9.  AND IN ONE PLACE IT SAYS "118.5
12  HOURS", AND IN ANOTHER PLACE IT SAYS "18.5 HOURS".
13     AND IF YOU USE 118, IT DOESN'T ADD UP RIGHT.  IF YOU
14  USE 18, IT DOES ADD UP RIGHT.  I THINK IT IS JUST A TYPO
15  PUTTING AN EXTRA DIGIT IN THERE.  BUT, AGAIN, IF YOU COULD FIX
16  THAT.
17     AND THEN YOUR OTHER OBJECTOR, HIS OBJECTION IS
18  OVERRULED.  AND THIS YOU KNEW BECAUSE HE HASN'T SHOWN HIMSELF
19  TO BE A CLASS MEMBER.
20     **MR. GIBBS:**  OKAY.
21     **THE COURT:**  BUT I THINK THAT'S IN THERE.
22     SO, I THINK THOSE ARE ALL THE ISSUES I HAVE.  DO YOU
23  HAVE ANYTHING ELSE YOU WANTED TO ADD OR BRING UP?
24     **MR. GIBBS:**  WE DO NOT.
25     **THE COURT:**  ANYBODY ELSE?

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

1          **MR. GIBBS:** IN TERMS OF ADDRESSING MR. BARGINEAR,
2    SHOULD WE ESSENTIALLY PICK UP ON THE SUPPLEMENTAL REPLY THAT WE
3    FILED?
4          **THE COURT:** YES.  IT DOESN'T HAVE TO BE LONG, BUT I
5    JUST THINK WE SHOULD HAVE EVERYTHING IN ONE PLACE.
6          **MR. GIBBS:** I AGREE.
7          **THE COURT:** I THINK THAT CAME IN AFTER THE PROPOSED
8    ORDER.
9          **MR. GIBBS:** WE TOOK THE DEPOSITION ON THIS MONDAY
10   AND SUPPLEMENTED IT ON TUESDAY.
11         **THE COURT:** SO I WOULD JUST LIKE TO HAVE BOTH OF THE
12   PROPOSED ORDERS UPDATED TO INCLUDE THAT AND TO FIX THE
13   CALCULATIONS.
14         AND YOU CAN SHOW THEM ALL TO COUNSEL BEFORE YOU
15   SUBMIT THEM, AND THEN SUBMIT THEM BOTH -- I GUESS FILE THEM AND
16   ALSO SUBMIT THEM TO THE PROPOSED ORDER E-MAIL BOX SO THAT IN
17   CASE I WANT TO MAKE ANY OTHER CHANGE TO IT, I WILL HAVE A WORD
18   PROCESS VERSION THAT I CAN MODIFY.
19         **MR. GIBBS:** OKAY.  WE WILL DO THAT.
20         **THE COURT:** LET ME LOOK THROUGH MY NOTES AND MAKE
21   SURE THERE ISN'T ANYTHING ELSE THAT I WANTED TO BRING UP.
22                    (PAUSE IN THE PROCEEDINGS.)
23         **THE COURT:** YOU ARE GOING TO FILE A DECLARATION
24   VERIFYING THAT HE DID NOT FILE THOSE PAPERS?
25         **MR. GIBBS:** CORRECT.

```
 1              THE COURT:  LIKE HE WAS SUPPOSED TO.
 2              MR. GIBBS:  IN OUR SUPPLEMENTAL REPLY, WE MENTION AN
 3    APPELLATE BOND AND WE MENTION A SANCTION IN THE CONTEXT OF WHAT
 4    WAS PROVIDED IN THE CLASS NOTICE FOR THE DISCOVERY COSTS FOR
 5    FILING A FRIVOLOUS OBJECTION.
 6         DOES THE COURT WANT ME TO INCLUDE THAT IN THE ORDER?
 7              THE COURT:  WELL, I THINK WE COULD WAIT AND SEE IF A
 8    NOTICE OF APPEAL IS FILED.
 9              MR. GIBBS:  OKAY.
10              THE COURT:  IF ONE ISN'T, THEN WE MIGHT JUST LEAVE
11    WELL ENOUGH ALONE.
12              MR. GIBBS:  UNDERSTOOD.
13              THE COURT:  IF ONE IS, THAT WOULD BE TIME ENOUGH TO
14    ASK FOR AN APPELLATE BOND AND TO RENEW -- I WILL TAKE YOUR
15    REQUEST FOR SANCTIONS UNDER SUBMISSION.  IF NOTHING FURTHER
16    HAPPENS, I WOULD BE MORE INCLINED TO JUST DENY IT AND LET
17    THINGS ALONE.
18              MR. GIBBS:  I THINK THAT'S A PRUDENT APPROACH.
19              THE COURT:  BUT THERE WAS ONE OTHER THING.
20         I WOULD ALSO LIKE YOU TO ADD TO THE ATTORNEY'S FEE
21    ORDER, AND MAYBE TO BOTH, YOUR REPRESENTATION THAT ANOTHER
22    REASON JUSTIFYING YOUR ATTORNEY'S FEES ARE THAT YOU HAVE AGREED
23    TO DO FURTHER WORK ON THE CASE, AFTER THE FEES ARE ORDERED, TO
24    FOLLOW UP.  YOU MENTIONED THAT YOU WERE MAKING THAT COMMITMENT.
25    AND IF YOU COULD PUT THAT IN THE ORDERS, I THINK THAT WOULD BE
```

1  HELPFUL.
2       **MR. GIBBS:** SURE.
3       **THE COURT:** OKAY. THEN OTHERWISE THEN I WILL GIVE
4  FINAL APPROVAL TO THE SETTLEMENT ONCE THOSE CHANGES HAVE BEEN
5  MADE.
6       **MR. GIBBS:** THANK YOU, YOUR HONOR.
7       **MR. DOAK:** THANK YOU.
8       **THE COURT:** THANK YOU.
9           (PROCEEDINGS CONCLUDED AT 2:17 P.M.)
10
11
12
13              **CERTIFICATE OF REPORTER**
14      I, DIANE E. SKILLMAN, OFFICIAL REPORTER FOR THE UNITED
15  STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY
16  THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF
17  PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
18
19              /S/ DIANE E. SKILLMAN
20          DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
21
22              MONDAY, JULY 16, 2012
23
24
25

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930